IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**NELLY KARINA LUMBI-LUMBI,** )
 )
  Petitioner, )
 )
  v. ) 3:26cv1097
 ) **Electronic Filing**
**TODD M. LYONS, FIELD OFFICE** )
**DIRECTOR, WARDEN,** )
 )
  Respondents. )

## <u>CASE MANAGEMENT ORDER</u>

AND NOW, this 15th day of June 2026, IT IS HEREBY ORDERED as follows:

1. **Service**.  The Court hereby notifies Petitioner that copies of this order and the Petition were emailed by the Court to the United States Attorney's Office for the Western District of Pennsylvania this day.  This email service is deemed sufficient to accomplish formal service of the Petition on Respondents.

2. **Respondents' counsel notice of appearances**.  Counsel for Respondents shall file a notice of appearance within **3 days** of this date.

3. **Respondents' response to the petition.**  The Court has reviewed the petition and supporting materials, and finds that the threshold issue concerns whether Petitioner is entitled to a bond hearing under 8 U.S.C. § 1226, or whether he is subject to mandatory detention under 8 U.S.C. § 1225 pursuant to the interpretation set forth in *Matter of Yajure Hurtado*, 29 I. & N. Dec. 216 (BIA 2025).  Based on its prior decisions on this issue (i.e., *Aguirre-Guevara v. Oddo, et al*., Case No. 3:26-cv-00070, ECF No. 8 (W.D. Pa. Feb. 11, 2026); *Cova v. Rose, et al*, Case No. 3:26-cv-00101, ECF No. 9 (W.D. Pa. Feb. 11, 2026); *Radway v. Jamison, et al*, Case No.3:26-cv-00104, ECF No. 9 (W.D. Pa. Feb. 19, 2026); *Didi v. Warden of Moshannon Valley Ice Processing Center et al*, Case No. 3:26-cv-00125, ECF No. 11 (W.D. Pa. Feb. 19, 2026); *Coc*

*Ixim v. Oddo et al*, Case No. 3:26-cv-0019, ECF No. 10 (W.D. Pa. Feb. 19, 2026)), the Court tentatively intends to grant relief in the form of an individualized bond hearing before an immigration judge.  If Respondents believe that there are factual or legal differences between this case and the other cases in which the Court has decided the issue, then they may file a response to the petition on or before **7 days** from the government counsel's entry of appearance, identifying those differences.  Responses are limited to 25 pages, double-spaced and must comply with the formatting requirements set forth in Local Rule 5.1B.  If Respondents' position is the same as in the prior cases in which this issue has been raised and decided by the Court, they shall simply state as much in the response, cite to any response or brief previously filed on the issue in this Court, and their positions shall be deemed to be incorporated by reference into the record.

s/David Stewart Cercone
David Stewart Cercone
Senior United States District Judge

cc:    NELLY KARINA LUMBI-LUMBI
       A#: 246-231-137
       MOSHANNON VALLEY PROCESSING CENTER
       555 GEO DRIVE
       PHILIPSBURG, PA 16866

       (*Via First-Class Mail*)